FILED
OCT 21 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERGIO CERVANTES-NAVARRO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. 11CR2876-GT <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above entitled case be continued from October 24, 2011 at 9:30 a.m. to November 16, 2011, at 9:30 a.m.

Date: Oct. 21, 2011

_____
HONORABLE GORDON THOMPSON
United States District Court Judge